IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER JAMES CASTILLO,

      Plaintiff,

v.                                                1:14-cv-00407-MV-LF

CODY AUSTIN,

      Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed September 8, 2016. (Doc. 57). The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. (Doc. 57 at 10). To this date, no objections have been filed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 57) are ADOPTED; Officer Cody Austin's Motion for Summary Judgment Based on Qualified Immunity (Doc. 37) is GRANTED; Mr. Castillo's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE; and Mr. Castillo's Motion for Release (Doc. 41) and Motion for Subpoena (Doc. 42) are DENIED as moot.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE